Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia
### Alexandria Division

FILED
2025 FEB 13  P 1:24

| | |
|---|---|
| PHELICEA M. REDD | Case No. 1:25 cv 272 |
| | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☐ Yes ☑ No |
| -v- | |
| ELON MUSK OWNER OF SPACEX | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PHELICEA REDD |
| Street Address | 2630 S VEITCH ST APT 209 |
| City and County | ARLINGTON |
| State and Zip Code | VA 22206 |
| Telephone Number | 9312189919 |
| E-mail Address | PHELICEAREDD@GMAIL.COM |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

 Name ELON MUSK

 Job or Title *(if known)* SPACEX OWNER

 Street Address 52448 BOCA CHICA BLVD

 City and County BROWNSVILLE CAMERON

 State and Zip Code TX 78521

 Telephone Number

 E-mail Address *(if known)*

Defendant No. 2

 Name

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Defendant No. 3

 Name

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Defendant No. 4

 Name

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
49 USC 40103: Sovereignty and use of airspace a) Sovereignty and Public Right of Transit.-(1) The United States Government has exclusive sovereignty of airspace of the United States
49 USC 41703: Navigation of foreign civil aircraft d) Launching spacecraft
e) Launches commercial missions for private customers

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

b) Use of Airspace.-(1) The Administrator of the Federal Aviation Administration shall develop plans and policy for the use of the navigable airspace and assign by regulation or order the use of the airspace necessary to ensure the safety of aircraft and the efficient use of airspace. FAA website defines navigable as as the airspace at or above the minimum altitudes of flight that includes the airspace needed to ensure safety in the takeoff and landing of aircraft. SPACEX website boasts 477 completed missions in which they safely and reliably launched astronauts, satellites, and other payloads on spacecraft. They have contracts with the National Aeronautics and Space Administration (NASA), an independent agency of the US Federal government

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SPACEX Starship plans to travel to the moon, Mars, and beyond. They allow U.S. citizens to sign up for future missions through their website with multiple destination options including, Earth Orbit, International Space Station, Commercial Space Station, Moon, and Mars. Under the Clean Air Act, organizations work tirelessly to reduce and control air pollution nationwide. They develop administrative regulations, sets standards for concentrations of certain pollutants in outdoor air, and sets standards for emissions of hazardous pollutants from specific sources. They're committed to our air quality and our health.

Monetary damages: $500,000,000,000
Basis: U.S. Constitution.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12 FEB 2025

Signature of Plaintiff
Printed Name of Plaintiff    PHELICIA REID

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
___ALEXANDRIA___ DIVISION

2025 FEB 13 P 1:24

___PHELICEA REDD___
Plaintiff(s),

v.                          Civil Action Number: ___1:25 cv 272___

___ELON MUSK___
Defendant(s),

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of ___NEW CASE / CIVIL RIGHTS___.
(Title of Document)

___PHELICEA REDD___
Name of *Pro Se* Party (Print or Type)

___[signature]___
Signature of *Pro Se* Party

Executed on: ___12 FEB 2025___ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)