Generated: Feb 13, 2025 1:06PM                                                                 Page 1/1



# U.S. District Court

### Virginia Eastern - Alexandria

THIS IS A COPY

MS. REDD                                                                 Receipt Date: Feb 13, 2025 1:04PM

Rcpt. No: 100010613           Trans. Date: Feb 13, 2025 1:04PM            Cashier ID: #JB (3392)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |

**Comments**: NEW CIVIL CASE # 1:25-CV-272

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.